UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHANNON GRAHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:05CV365 CDP |
| | ) |
| ORTHO-McNEIL | ) |
| PHARMACEUTICAL, INC., | ) |
| | ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

This matter is again before the Court on discovery disputes. Having fully reviewed the parties' positions,

**IT IS HEREBY ORDERED** that plaintiff's motion for protective order [#29] and defendant's motion to compel [#31] are both granted in part and denied in part as follows:

Plaintiff will produce her application for her current position, and must assure that defense counsel receives it (through some form of personal delivery, which may include fax, so long as it is legible) no later than **noon** on **Tuesday, March 14, 2006**.

Plaintiff's telephone deposition will take place on **Tuesday, March 14, 2006 at 5:30 p.m.**

**IT IS FURTHER ORDERED** that if either party deems itself unable to comply with this order as written, that party must immediately contact opposing counsel and set up an immediate telephone conference with the Court.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 13th day of March, 2006.