UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHANNON GRAHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CV365 CDP |
| ) | |
| ORTHO-McNEIL ) | |
| PHARMACEUTICAL, INC., ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

As discussed with counsel at the telephone conference this morning:

**IT IS HEREBY ORDERED** that plaintiff shall appear at the office of the court reporter designated by defendant for a telephone deposition on **Wednesday, March 22, 2006 at 12:00 noon**.

**IT IS FURTHER ORDERED** that defendant may issue a subpoena to plaintiff's current employer for her employment application, and plaintiff must take any steps necessary to authorize her current employer to comply with that subpoena.

**IT IS FURTHER ORDERED** that the motion for summary judgment deadline is extended to **Friday, March 24, 2006;** and opposition briefs are due no

later than **Monday, April 17, 2006**, with any reply brief due no later than **Monday, April 24, 2006.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 14th day of March, 2006.